**Opinion issued October 15, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00646-CV

———————————

## IN RE JORGE HERMIDA-LARA, Relator

———————————————————————————

## Original Proceeding on Petition for Writ of Mandamus

———————————————————————————

### MEMORANDUM OPINION

On July 29, 2013, the relator, Jorge Hermida-Lara, filed a petition for writ of mandamus, seeking relief from the trial court's denial of relator's motion to disqualify opposing counsel.[1]

We **deny** the petition for writ of mandamus.[2]

---

[1]     The underlying case is *Rosa Rosas v. Jorge Hermida-Lara*, No. 2012-69210, in the 308th District Court of Harris County Texas, the Honorable James Lombardino presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

---

2    Relator's petition for writ of mandamus is procedurally defective. *See* TEX. R. APP. 9.5 (requiring that certificate of service contain date, manner of service, name and address of each person served, and, if person served is party's attorney, name of party represented by that attorney); TEX. R. APP. P. 52.3(g) (requiring that every statement of fact in petition be supported by citation to competent evidence included in appendix or record); TEX. R. APP. P. 52.3(h) (requiring that petition include appropriate citations to authorities and to appendix or record materials); TEX. R. APP. P. 52.3(k) (requiring that petition include appendix containing certified or sworn copy of any order complained of); TEX. R. APP. P. 52.7 (requiring relator to file record with petition containing certified or sworn copy of every document that is material to relator's claim and properly authenticated transcript of any relevant testimony from underlying proceeding).